UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY JOSEPH,<br><br>      Petitioner,<br><br>- v -<br><br>MICHAEL KIRKPATRICK, Superintendent of Clinton Correctional Facility,<br><br>      Respondent. | **NOTICE OF APPEAL**<br><br>Docket No.: 1:19-cv-02250-KAM-LB |

Notice is hereby given that petitioner in the above-captioned action, Jeffrey Joseph ("Petitioner"), appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered on September 23, 2020, denying the 28 U.S.C. § 2254 petition for a writ of habeas corpus, for the reasons stated in the opinion and order by United States District Judge Kiyo A. Matsumoto, dated September 22, 2020. Petitioner, through his undersigned counsel, appeals from that part of the Order of the District Court for which Certificate of Appealability was granted, and reserves his rights to raise all other issues decided by the District Court.

Dated: October 19, 2020

              FRANZBLAU DRATCH, P.C.

              /s/ Stephen N. Dratch
              Stephen N. Dratch
              354 Eisenhower Parkway
              Livingston, New Jersey 07039
              (973) 992-3700
              *Attorneys for Petitioner*